THE TAXPAYERS PROTECTIVE ASSOCIATION OF NEW BRUNS-WICK, appellants,

*v.*

ANDREW KIRKPATRICK, respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Kirkpatrick* v. *New Brunswick, 13 Stew. Eq. 46.*

*Mr. W. P. Voorhees* and *Mr. G. C. Ludlow,* for appellants.

*Mr. Henry Young,* for respondent.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the chancellor.